**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-10023-CIV-MARTINEZ/Shaw-Wilder**

RANDALL LILLARD,

Plaintiff,

v.

STATE OF FLORIDA,

Defendant.
______________________________________/

## ORDER

**THIS CAUSE** is before the Court on the Honorable Detra Shaw-Wilder's, United States Magistrate Judge, Report and Recommendation ("R&R"), [ECF No. 12]. Judge Shaw-Wilder's R&R recommends that this case be dismissed without prejudice for failure to comply with Court Orders. (*See generally* R&R). The Court has reviewed the entire file and record and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Shaw-Wilder's R&R [ECF No. 12] is **AFFIRMED** and **ADOPTED**. This case is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY as moot** all pending motions.

**DONE AND ORDERED** in Miami, Florida, this 20 day of October 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record
Magistrate Judge Shaw-Wilder